■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIAN FACEN, Appellant. (Appeal No. 2.) [888 NYS2d 455]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered August 18, 1999. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree.

It is hereby ordered that said appeal from the judgment insofar as it imposed a sentence of a period of postrelease supervision is unanimously dismissed and the judgment is otherwise affirmed.

Same memorandum as in *People v Facen* (67 AD3d 1478 [2009]). Present—Hurlbutt, J.P., Martoche, Smith, Carni and Pine, JJ.